FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>MATTHEW NOEL TUMAMBING and<br>KELLIE DIANE TUMAMBING,<br><br>         Defendants. | CR No.  CR 19-00375-ODW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. §§ 2(a), (b): Aiding and<br>Abetting and Causing an Act to be<br>Done] |

The Grand Jury charges:

COUNTS ONE AND TWO

[18 U.S.C. §§ 1344(2), 2(a), (b)]

[ALL DEFENDANTS]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   The Digital Federal Credit Union ("Digital Federal"), Pentagon Federal Credit Union ("Pentagon Federal"), and NASA Federal Credit Union ("NASA Federal") were credit unions that were federally insured by the National Credit Union Administration's National Credit Union Insurance Fund.

2. Bank of America, N.A. and Wells Fargo, N.A. were federally insured financial institutions insured by the Federal Deposit Insurance Corporation.

3. Digital Federal, Pentagon Federal, and NASA Federal were lenders that allowed borrowers to apply for an automobile loan online. The applications required the borrower to enter the amount of the requested loan, the personal identifying information of the applicant, the Vehicle Identification Number ("VIN") identifying the automobile the applicant wanted to purchase, and the seller of that automobile. If the lender approved the loan, the lender would send a loan check for the borrower, as the payor, to submit to the seller, as the payee, for the purchase of the specific automobile identified in the loan application.

4. To use a Digital Federal and Pentagon Federal loan check to purchase the automobile, the borrower and seller would endorse the check and, in so doing, make certain representations printed on the back of the check.

    a. By endorsing a Digital Federal automobile loan check, the borrower represented, among other things, that the borrower agreed to be bound by the terms of the loan agreement and would immediately title a lien on the automobile for which the borrower had sought the loan, as identified by VIN on the face of the check. By endorsing a Digital Federal check, the seller represented, among other things, that the seller acknowledged full payment for that automobile.

    b. By endorsing a Pentagon Federal automobile loan check, the borrower and seller represented, among other things, that they

had a legal interest in the automobile, as identified by VIN, and that the loan check was payment in full for that automobile.

5. Defendant MATTHEW NOEL TUMAMBING ("M. TUMAMBING") was the sole owner of a business called All Pro Autos that he registered with the Los Angeles County Registrar-Recorder on or about March 18, 2016.

6. Defendant KELLIE DIANE TUMAMBING ("K. TUMAMBING") was defendant M. TUMAMBING's mother.

7. Between September 30, 2013 and February 13, 2017, the 2014 Audi S4 sedan with VIN WAUBGAFL4EA021010 (the "Audi Sedan") was owned by M.W., not All Pro Autos, or either defendant M. TUMAMBING or K. TUMAMBING.

B.   THE SCHEME TO DEFRAUD

8. Beginning on a date unknown to the Grand Jury, and continuing through on or about May 28, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants M. TUMAMBING and K. TUMAMBING, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with the intent to defraud, devised, executed, and attempted to execute a scheme to obtain monies, funds, assets, credits, and other property owned by and in the custody and control of Digital Federal, Pentagon Federal, NASA Federal, Bank of America, and Wells Fargo by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

9. The fraudulent scheme operated and was carried out, in substance, in the following manner:

Digital Federal Loan for Audi Sedan

   a.   On or about March 16, 2016, a co-schemer submitted an online automobile loan application to Digital Federal in defendant K. TUMAMBING's name for a $35,000 loan to purchase the Audi Sedan from All Pro Autos.

   b.   On or about March 30, 2016, defendants M. TUMAMBING and K. TUMAMBING endorsed the loan check received from Digital Federal for the Audi Sedan. In so doing, defendants M. TUMAMBING and K. TUMAMBING falsely represented to Digital Federal that defendant K. TUMAMBING would use the loan from Digital Federal to purchase the Audi Sedan from All Pro Autos, and concealed from Digital Federal that neither defendant M. TUMAMBING nor All Pro Autos owned the Audi Sedan and that defendant K. TUMAMBING did not intend to purchase the Audi Sedan.

   c.   On or about March 30, 2016, at a Wells Fargo branch in Diamond Bar, California, a co-schemer deposited the loan check received from Digital Federal into Wells Fargo checking account ending in -3301 in the name of defendant M. TUMAMBING, doing business as All Pro Autos.

Pentagon Federal Loan for Audi Sedan

   d.   On or about March 17, 2016, a co-schemer submitted an online automobile loan application to Pentagon Federal in defendant K. TUMAMBING's name for a $34,954.45 loan to purchase the Audi Sedan from All Pro Autos.

   e.   On or about March 28, 2016, defendant K. TUMAMBING endorsed the loan check received from Pentagon Federal for the Audi Sedan. In so doing, defendant K. TUMAMBING falsely represented to Pentagon Federal that defendant K. TUMAMBING would use the loan from

Pentagon Federal to purchase the Audi Sedan and concealed from Pentagon Federal that she did not intend to purchase the Audi Sedan.

        f.   On or about March 28, 2016, a co-schemer deposited the loan check received from Pentagon Federal into Wells Fargo checking account ending in -3301 in the name of defendant M. TUMAMBING, doing business as All Pro Autos.

        g.   On or about April 4, 2016, after Wells Fargo rejected the March 28, 2016 check, defendants M. TUMAMBING and K. TUMAMBING endorsed a reissued loan check received from Pentagon Federal for the Audi Sedan. In so doing, defendants M. TUMAMBING and K. TUMAMBING falsely represented to Pentagon Federal that defendant K. TUMAMBING would use the loan from Pentagon Federal to purchase the Audi Sedan from All Pro Autos, and concealed from Pentagon Federal that neither M. TUMAMBING nor All Pro Autos owned the Audi Sedan and that defendant K. TUMAMBING did not intend to purchase the Audi Sedan.

        h.   On or about April 4, 2016, at a Bank of America branch in Rowland Heights, California, defendants M. TUMAMBING and K. TUMAMBING deposited the Pentagon Federal loan check for the Audi Sedan into Bank of America account ending in -7274 in the name of defendant M. TUMAMBING, doing business as All Pro Autos.

<u>Attempted NASA Federal Loan for Audi Sedan</u>

        i.   On or about March 17, 2016, a co-schemer submitted an online automobile loan application to NASA Federal in defendant K. TUMAMBING's name for a $35,000 loan to purchase the Audi Sedan from All Pro Autos.

   10.   Through the scheme, defendant M. TUMAMBING fraudulently obtained a total of approximately $69,908.90 of goods, services, and money from the Bank of America and Wells Fargo bank accounts into

which the loan checks were deposited, to which he knew he was not entitled.

C.   EXECUTION OF THE FRAUDULENT SCHEME

11.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants K. TUMAMBING and M. TUMAMBING, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed and willfully caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

///

///

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 3/30/16 | Deposited a Digital Federal automobile loan check in the amount of $34,954.45 into Wells Fargo account ending in -3301 at a Wells Fargo branch in Diamond Bar, California |
| TWO | 4/4/16 | Deposited Pentagon Federal automobile loan check in the amount of $34,954.45 into Bank of America account ending in -7274 at a Bank of America branch in Rowland Heights, California |

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

BRITTNEY M. HARRIS
Assistant United States Attorney
International Narcotics, Money
Laundering, and Racketeering
Section

7